O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT DISTRICT OF R.I.
JUL 17 2006
RECEIVED

UNITED STATES OF AMERICA
V.
ANA HOLQUIN

WAIVER OF INDICTMENT

CASE NUMBER: CR 06 86ML

I, ANA HOLQUIN, the above named defendant, who is accused of conspiracy to defraud the government with respect to claims.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-21-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANA HOLQUIN [signature]
Defendant

EDWARD C. ROY [signature]
Counsel for Defendant

Before [signature: David L. Martin]
Judicial Officer