# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ANA HOLQUIN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 06-86ML

RECEIVED
JUL 1 8 2006
US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

ANA HOLQUIN
Please contact US Probation at 752-7300 prior to the hearing date

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Friday, July 21 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 286

Brief description of offense:

CONSPIRACY TO DEFRAUD THE UNITED STATES

[signature]
Signature of Issuing Officer

July 18, 2006
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Magistrate Court 2 Exchange Terr Prov RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/21/06
Date

Name of United States Marshal: Burton Stallwood

(by) Deputy United States Marshal: Robert D Young

Remarks: Defendant's Attorney Previously Served by FAX

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 JUL 26 P 4: 09
FILED